435 A.2d 1315

Commonwealth v. Bownes, Appellant.

Submitted December 5, 1980.   Nicholas A. Clemente, for appellant;   Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

435 A.2d 1315

Commonwealth v. Busch, Appellant.

Submitted April 22, 1981.   Frederick S. Wolf, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order of the lower court is affirmed.